FILED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JERRY RAY ELLISON, Individually and as Next Friend of C.E., a minor, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO: W08CA074 |
| HOME DEPOT USA, INC., TECHNIBILT, LTD., CARI-ALL PRODUCTS, INC., and SOCIETE DE GESTION NORDERON, INC., | § § § § § § | |
| Defendants | § § | |

### DEFENDANT TECHNIBILT, LTD'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Technibilt, Ltd. submits the following Disclosure Statement:

1. Technibilt, Ltd. is a wholly-owned subsidiary of Cari-All Products, Inc., which is a wholly-owned subsidiary of Cari-All Group, Inc. which is a privately owned company. There are no publicly owned corporations that hold more than 10% of its stock.

Respectfully submitted,

/s/ Matthew J. Kita
JAMES H. MOODY III
State Bar No. 03820050
MATTHEW J. KITA
State Bar No. 24050883
QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (phone) / (214) 871-2111 (fax)
**ATTORNEYS FOR DEFENDANT TECHNIBILT, LTD.**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of this Disclosure Statement has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 14th day of March, 2008.

                                        /s/ Matthew J. Kita
                                        MATTHEW J. KITA