IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JERRY RAY ELLISON,<br>Individually and as Next Friend of<br>C.E., a minor,<br><br>    Plaintiffs<br><br>v.<br><br>HOME DEPOT USA, INC.,<br>TECHNIBILT, LTD.,<br>CARI-ALL PRODUCTS, INC., and<br>SOCIETE DE GESTION NORDERON,<br>INC.,<br><br>    Defendants | §§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO: **W08CA074** |

## DEFENDANT SOCIETE DE GESTION NORDERON, INC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Societe de Gestion Norderon, Inc. submits the following Disclosure Statement:

1.    Societe de Gestion Norderon, Inc. is a privately owned corporation with no publicly owned corporations that hold more than 10% stock.

Respectfully submitted,

JAMES H. MOODY III
State Bar No. 03820050
MATTHEW J. KITA
State Bar No. 24050883
QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (phone) / (214) 871-2111 (fax)

**ATTORNEYS FOR DEFENDANT
SOCIETE DE GESTION NORDERON, INC.**

*FILED MAR 14 2008, CLERK U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS, BY DEPUTY CLERK*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of this Disclosure Statement has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 14th day of March, 2008.

                                    /s/ Matthew J. Kita
                                    MATTHEW J. KITA