IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
MAR 1 4 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| JERRY RAY ELLISON, Individually and as Next Friend of C.E., a minor, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO: W08CA074 |
| HOME DEPOT USA, INC., TECHNIBILT, LTD., CARI-ALL PRODUCTS, INC., and SOCIETE DE GESTION NORDERON, INC., | § § § § § § | |
| Defendants | § § | |

## DEFENDANT CARI-ALL PRODUCTS, INC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cari-All Products, Inc. submits the following Disclosure Statement:

1. Cari-All Products, Inc. is a wholly-owned subsidiary of Cari-All Group, Inc. which is a privately owned company. There are no publicly owned corporations that hold more than 10% of its stock.

Respectfully submitted,

/s/ Matthew J. Kita
JAMES H. MOODY III
State Bar No. 03820050
MATTHEW J. KITA
State Bar No. 24050883
QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (phone) / (214) 871-2111 (fax)
**ATTORNEYS FOR DEFENDANT
CARI-ALL PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Disclosure Statement has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 14th day of March, 2008.

/s/ Matthew J. Kita
MATTHEW J. KITA