| | | |
|---|---|---|
| JERRY RAY ELLISON, INDIVIDUALLY AND AS NEXT FRIEND OF C.I.E., A MINOR, | § § § § | |
| PLAINTIFFS, | § § § § | |
| V. | § § | CIVIL ACTION: WA:08-CV-00074-WSS |
| HOME DEPOT USA, INC. TECHNIBILT, LTD. CARI-ALL PRODUCTS, INC., AND SOCIETE DE GESTION NORDERON, INC., | § § § § § § | |
| DEFENDANTS. | § | |

## PLAINTIFFS' MOTION TO DISMISS CARI-ALL PRODUCTS, INC. AND SOCIETE DE GESTION NORDERON, INC. WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**JERRY RAY ELLISON**, Individually, and as Next Friend of **COLE ISAAK ELLISON**, a Minor, Plaintiffs in the above-referenced matter, moves the Court to dismiss Defendants **CARI-ALL PRODUCTS, INC.** ("Cari-All") and **SOCIETE DE GESTION NORDERON, INC.,** ("Norderon") *only* and in support of this motion shows unto the Court the following:

On February 6, 2008, Plaintiffs filed their Original Petition in McLennan County state court. Subsequently, on or about February 25, 2008, Defendants Norderon and Cari-All were served with citation. On or about March 13, 2008, Defendants filed their Original Answer and Notice of Removal, making a general appearance before this Court.

Defendant Technibilt represented to Plaintiffs that Technibilt designed, manufactured and sold the product at issue in this dispute. Based on these and related representations, Plaintiffs and

Defendants entered into an agreement, in which the Parties mutually agreed to dismiss Defendants Cari-All and Defendant Norderon *only* without prejudice for refiling. Therafter, Plaintiffs will pursue their claims against Defendants Home Depot and Technibilt.

Wherefore, Plaintiffs request this Court to sign an order dismissing Defendants Cari-All and Norderon from this suit without prejudice to refiling, with costs of suit borne by each individual party.

Respectfully submitted,

**BEARD KULTGEN BROPHY BOSTWICK DICKSON & SQUIRES, LLP**

/s/ Ryan C. Johnson
_____
Rod Squires
State Bar No. 18979300
Ryan C. Johnson
State Bar No. 24048574
Central Tower
5400 Bosque Boulevard, Suite 301
Waco, Texas 76710
(254) 776-5500
(254) 776-3591 (facsimile)
www.TheTexasFirm.com

ATTORNEYS FOR PLAINTIFF, JERRY RAY ELLISON, INDIVIDUALLY AND ON BEHALF OF CIE, A MINOR

## CERTIFICATE OF CONFERENCE

Counsel for Defendants have been consulted regarding this Motion and have indicated that they are unopposed to the relief sought herein.

/s/ Ryan C. Johnson
_____
Ryan C. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on the 23nd day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**JAMES H. MOODY III**
**MATTHEW J. KITA**
QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Tel (214) 871-2100
Fax (214) 871-2111

**ARTHUR K. SMITH**
LAW OFFICES OF ARTHUR K. SMITH, P.C.
507 Prestige Circle
Allen, Texas 75002
Tel (469) 519-2500
Fax (469) 519-2555

/s/ Ryan C. Johnson
_____
Ryan C. Johnson